```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 35626
   DENISE FLOWERS
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3186


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/24/2004 and was confirmed 11/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  58.52% from remaining funds.

     The case was paid in full 04/07/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------
TRIAD FINANCIAL CORP      SECURED            5400.00       467.78       5400.00
TRIAD FINANCIAL CORP      UNSECURED          3704.64          .00       2167.81
INTERNAL REVENUE SERVICE  PRIORITY              .00           .00           .00
ALLIED INTERSTATE         UNSECURED     NOT FILED             .00           .00
AMERICASH LOANS LLC       UNSECURED OTH   922.56              .00        541.18
AT & T WIRELESS           UNSECURED     NOT FILED             .00           .00
CASH ADVANCE CORP         UNSECURED     NOT FILED             .00           .00
CHECK INTO CASH           UNSECURED     NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED          680.00           .00        397.91
COMMONWEALTH EDISON       UNSECURED     NOT FILED             .00           .00
UNITED STATES DEPT OF ED  UNSECURED          8053.43          .00       4712.55
DONALD C DONAGHER         UNSECURED     NOT FILED             .00           .00
HEALTH TECN               UNSECURED     NOT FILED             .00           .00
LASALLE NATIONAL BANK     UNSECURED     NOT FILED             .00           .00
MCI                       UNSECURED     NOT FILED             .00           .00
QUICK PAYDAY LOANS        UNSECURED OTH   285.00              .00        165.41
RESURRECTION HOSPITAL     UNSECURED     NOT FILED             .00           .00
RHEUMATIC DISEASE         UNSECURED     NOT FILED             .00           .00
SONIC PAYDAY              UNSECURED     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  UNSECURED             .00           .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       1,022.36
DEBTOR REFUND             REFUND                                          574.60

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  18,149.60

PRIORITY                                          .00
SECURED                                      5,400.00

               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 35626 DENISE FLOWERS
```

```
     INTEREST                                                  467.78
UNSECURED                                                    7,984.86
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         1,022.36
DEBTOR REFUND                                                  574.60
                                     ----------------  ----------------
TOTALS                                      18,149.60        18,149.60
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE